IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

PHILLIP RAY LINDSEY,                          *

                Plaintiff,           *

v.                                                             Case No.   5:23-cv-00378-CAR-CHW
                                                            *

Warden DARRIN MYERS et al,

                Defendants.           *

_____          *

**J U D G M E N T**

Pursuant to this Court's Order dated February 26, 2024, and for the reasons stated therein,

JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 26th day of February, 2024.

                                      David W. Bunt, Clerk


                                      s/ Erin Pettigrew, Deputy Clerk